Circuit denied. *Mr. John H. Kay, Mr. Charles W. Miller* and *Mr. Walter D. Corrigan* for petitioner. No appearance for respondent

No. 538. FRANK P. HELM *v.* AMERICAN HAWAIIAN STEAMSHIP COMPANY. October 23, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Nathan H. Frank* and *Mr. Irving H. Frank* for petitioner. *Mr. Stanley Moore* for respondent.

No. 539. JOHN G. CROSLAND *v.* BENJAMIN E. DYSON, U. S. MARSHAL, ETC. October 23, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr Bart A. Riley* for petitioner. *Mr. Solicitor General Beck, Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, and *Mr. George E. Boren* for respondent.

No. 601. BORDER NATIONAL BANK OF EAGLE PASS, TEXAS, *v.* AMERICAN NATIONAL BANK OF SAN FRANCISCO, CALIFORNIA. [See *ante,* 701.]

No. 473. ISADORE GLANS ET AL. *v.* UNITED STATES. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Edmund K. Trent, Mr. Joseph P. Tumulty* and *Mr. Charles H. Baker* for petitioners. No brief filed for the United States.

No. 540. R. C. WOOD ET AL. *v.* F. G. NOYES, AS RECEIVER, ETC. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. W. H. Metson, Mr. Robert W. Jennings* and *Mr. Louis P. Shackleford* for petitioners. *Mr. John E. Alexander* for respondent.